1  Susan Cadenasso
   220 Aptos Place
2  Danville, CA  94526
   (925) 594-0570
3  No Fax, No Email
   In Pro Per

RECEIVED
2011 APR 13 A II: 06
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT CA...

4

5

6

7
                UNITED STATES DISTRICT COURT
8                NORTHERN DISTRICT OF CALIFORNIA

9  SUSAN CADENASSO                    )
                                      )   CASE NO. CV 11-00097 CRB
10           Plaintiff,               )   **AMENDED**
                                      )   (~~PROPOSED~~ ORDER)  **GRANTING OF**
11 v.                                 )   **SIXTY (60) DAY CONTINUANCE**
                                      )   **OF CASE MANAGEMENT**
12 CITIMORTGAGE, INC, QUALITY LOAN    )   **CONFERENCE**
   SERVICE CORP., ARGENT MORTGAGE     )
13 COMPANY, LLC, and Does 1-5,        )
   inclusive                          )   **DATE: April 22, 2011**
14           Defendants.              )   **TIME: 8:30 am**
                                      )   **DEPT: 8    FLOOR: 19**
15                                    )
                                      )
16                                    )   **ACTION FILED: 1/10/11**
                                      )   **TRIAL DATE: None**
   _____)
17

Application having been made by Plaintiff and good cause appearing
18
therefor,
19

20

IT IS ORDERED that the Case Management Conference in this matter be
21
                    24            at 8:30 a.m.
postponed to June ~~--~~, 2011 or as soon thereafter as the court may
22
determine.
23

24

Dated:  __April 15, 2011__   .
25

26                                    UNITED STATES DISTRICT COURT

27                                    IT IS SO ORDERED
                                      _____
                                      Judge Charles R. Breyer      ct Court
28