Susan Cadenasso
220 Aptos Place
Danville, CA 94526
(925) 594-0570
No Fax, No Email
In Pro Per



# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **SUSAN CADENASSO** | **CASE NO. CV 11-00097 CRB** |
| Plaintiff, | (~~PROPOSED~~ **ORDER) GRANTING REQUEST FOR DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| **CITIMORTGAGE, INC, QUALITY LOAN SERVICE CORP., ARGENT MORTGAGE COMPANY, LLC.,** | **DATE:** <br> **TIME:** <br> **DEPT:** **FLOOR:** |
| Defendants. | **ACTION FILED:** 1/10/11 <br> **TRIAL DATE:** None |

Application having been made by Plaintiff and good cause appearing therefor,

IT IS ORDERED that this matter be dismissed without prejudice.

Dated: May 11, 2011

UNITED STATES DISTRICT COURT

Judge of the



(PROPOSED ORDER) RE: DISMISSAL/Page 1 of 1